# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Tinika Se'Cal Warren, et al.,

      Plaintiffs

v.

Take a Break Vacation, et al.,

      Defendants

Case No. 2:25-cv-02067-CDS-NJK

**Order Accepting Magistrate Judge's Report and Recommendation and Closing Case**

[ECF Nos. 5, 6]

Plaintiffs Tinika Se'Cal Warren and Tracy Eslick initiated this civil-rights action against Take a Break Vacation and Westgate Tours & Resorts. Compl., ECF No. 1. Because the plaintiffs applied to proceed *in forma pauperis*, U.S. Magistrate Judge Nancy J. Koppe screened their complaint and issued a report and recommendation (R&R) that I dismiss this case because the complaint is frivolous and delusional. R&R, ECF No. 5. The plaintiffs had fourteen days—until February 6, 2026—to file any specific, written objections to the magistrate judge's R&R. *Id.* at 3 (citing Local Rule IB 3-2(a) (stating that parties wishing to object to the findings and recommendations must file specific written objections within fourteen days)); *see also* 28 U.S.C. § 636(b)(1)(C) (same). That deadline passed, and no objections are filed.[1] The law is clear that "no review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

---

[1] Warren filed a 47-page "motion" stating an "internal mic[r]ochip in [her] body; with reversed microphones" was spotted by a chiropractor who said it was "civil lawsuit 'spies' that illegally interfere w[ith] the outcome in court 'civil cases' . . . to avoid paying victims and injured people." ECF No. 6. The document contains tax returns and tax related documents, mental health records with personal identifying information, DETR documents, and a law firm retainer agreement. I sua sponte sealed the filing since it contains personal identifying information in violation of Local Rule IC 6-1. I also do not construe this as an objection to the magistrate judge's R&R.

Although de novo review is not required, I nonetheless make an independent review here. Upon review, I find that portions of the plaintiffs' complaint consist of disjointed statements that fail to articulate any intelligible cause of action. Even liberally construing the remainder, the complaint is devoid of any cognizable legal theory or factual basis sufficient to support a claim for relief. It is indeed frivolous and delusional. Accordingly, I accept the magistrate judge's R&R in full.

**Conclusion**

It is hereby ordered that the magistrate judge's report and recommendation **[ECF No. 5] is accepted and adopted in full**; therefore the plaintiffs' complaint is dismissed without prejudice.

It is further ordered that Warren's "motion" **[ECF No. 6] is denied and stricken**.

The Clerk of Court is kindly directed to enter judgment accordingly, and to close this case. No additional documents may be filed in this now-closed case.

Dated: February 19, 2026

_____
Cristina D. Silva
United States District Judge

2